**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF PENNSYLVANIA

CHAMBERS OF  
**YVETTE KANE**  
JUDGE

February 14, 2001

FEDERAL BUILDING & COURTHOUSE  
228 WALNUT STREET  
P.O. BOX 11817  
HARRISBURG, PA 17108-1817

Eugene Mattioni, Esquire  
Mattioni, Ltd.  
399 Market Street, 2nd Floor  
Philadelphia, PA 19106

Lisa W. Basial, Esquire  
Office of the Attorney General of PA  
15th Floor, Strawberry Square  
Harrisburg, PA 17120

Re: Harris v. PA Board of Probation and Parole, et al. – Case No. 1:CV-01-270

Dear Counsel:

The above-referenced action has been assigned to me in Courtroom 4 of the Middle District of Pennsylvania, Harrisburg. The following important preliminary information applies to all Courtroom 4 cases:

**STATUS REPORT**: If service of the initial pleading is not made within the time allowed by the Rules of Civil Procedure, counsel must submit a status report setting forth the reasons for the delay and the course of action being pursued.

**ANSWER**: The answer and responsive pleadings and motions must be filed as provided for in the Federal Rules of Civil Procedure. Extensions of time not pre-approved by the court are not permitted by the Rules, and will not be honored by the court.

**DISCOVERY**: **The Parties must actively comply with discovery obligations pending scheduling of the Case Management Conference** or ruling on motions to dismiss, and will be required to detail discovery efforts to date at this Case Management Conference.

**CASE MANAGEMENT CONFERENCE**: An Order scheduling a case management conference and informing the parties of their obligations in preparation of that conference will issue after joinder of this matter has been accomplished. This conference will establish important deadlines for the case, including the trial listing.

**CONTACTING THE COURT**: Jennifer Kennedy, Deputy Clerk of Court, is available to answer your questions or concerns regarding the progress of this case at 221-3926.

I look forward to working with all counsel toward the efficient resolution of this matter.

Sincerely,

Yvette Kane  
United States District Judge

FILED  
HARRISBURG, PA  

FEB 23 2001

MARY E. D'ANDREA, CLERK  
Per _____  
        Deputy Clerk