IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DIANNA LYNN HARRIS :
:
      Plaintiff : CIVIL ACTION NO. 1:01-CV-0270
v. : (Judge Kane)
:
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, et al., :
:
      Defendants :
:

FILED
HARRISBURG, PA

MAY 3 0 2001

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

**<u>ORDER</u>**

AND NOW, this 30th day of May, 2001, upon consideration of Plaintiff's Motion for Rescheduling of the May 31, 2001 Case Scheduling Conference, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion is GRANTED. The Case Management Conference will be rescheduled to take place on June 27, 2001 at 10:00 a.m.

_____
YVETTE KANE, Judge
Middle District of Pennsylvania

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 30, 2001

Re:  1:01-cv-00270    Harris v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

Eugene Mattioni, Esq.
Mattioni, Ltd.
399 Market St.
2nd Floor
Philadelphia, PA  19106

Joseph Bouvier, Esq.
Mattioni, LTD.
399 Market Street
Second Floor
Philadelphia, PA  19106

Josh J.T. Byrne, Esq.
Mattioni, LTD.
399 Market Street
Second Floor
Philadelphia, PA  19106

Lisa W. Basial, Esq.
Office of the Attorney General of Pennsylvania
15th Floor, Strawberry Sq.
Harrisburg, PA  17120   Fax No.: FAX: (717) 772-4526

cc:
Judge                      (✓)          ( ) Pro Se Law Clerk
Magistrate Judge           ( )          ( ) INS
U.S. Marshal               ( )          ( ) Jury Clerk
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              ( )

5-30-01