# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE:   **HARRIS V. PA BOARD OF PROBATION**      1:CV-01-270

DATE:   June 27, 2001 @ 10:00 a.m.

Honorable Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: CASE MANAGEMENT CONFERENCE

Time Commenced: 10:20      Time Terminated: 10:40

**PLAINTIFF: APPEARANCES**

Joseph F. Bouvier

**DEFENDANT: APPEARANCES**

Lisa W. Basial

**REMARKS**

FILED
HARRISBURG, PA
JUN 28 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk