IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS,<br>Plaintiff | : CIVIL ACTION NO.<br>: 1:CV-01-270<br>:<br>: |
| v. | : Judge Kane<br>: |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, et al.,<br>Defendants | :<br>:<br>: |

**FILED**
HARRISBURG, PA

JUL - 2 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

<u>O R D E R</u>

**AND NOW** this 29th day of June, 2001, **IT IS HEREBY ORDERED**

**THAT** a telephone conference will be held on August 23, 2001, at 2:30 p.m., to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 3, 2001

Re:  1:01-cv-00270    Harris v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

> Eugene Mattioni, Esq.
> Mattioni, Ltd.
> 399 Market St.
> 2nd Floor
> Philadelphia, PA  19106
>
> Joseph Bouvier, Esq.
> Mattioni, LTD.
> 399 Market Street
> Second Floor
> Philadelphia, PA  19106
>
> Josh J.T. Byrne, Esq.
> Mattioni, LTD.
> 399 Market Street
> Second Floor
> Philadelphia, PA  19106
>
> Lisa W. Basial, Esq.
> Office of the Attorney General of Pennsylvania
> 15th Floor, Strawberry Sq.
> Harrisburg, PA  17120    Fax No.: FAX: (717) 772-4526

cc:
Judge                      (✓)         ( ) Pro Se Law Clerk
Magistrate Judge           ( )         ( ) INS
U.S. Marshal               ( )         ( ) Jury Clerk
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              ( )

7-3-01