IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DIANNA LYNN HARRIS,
:
    Plaintiff
:
:   No. 1:CV-01-0270
v.
:   (Judge Kane)
:
PENNSYLVANIA BOARD OF
:
PROBATION AND PAROLE,
:
et al.,
:
    Defendants
:

## MOTION FOR LEAVE TO FILE AN AMENDED BRIEF

Pursuant to Fed. R. Civ. P. 15(a), defendants hereby move for leave to file an amended brief in support of defendants' motion to dismiss the complaint. In support of this motion, defendants state the following:

1. Defendants' filed a brief in support of their motion to dismiss the complaint on August 27, 2001.

2. After the brief was filed, counsel for defendants discovered that the statute of limitations for a claim under the Pennsylvania Worker and Community Right-to-Know Act, 35 P.S. §7301, *et seq.*, is one hundred eighty (180) days pursuant to 34 P.S. §321.2(a), rather than six (6) months pursuant to 42 Pa.C.S. §5521, as stated in defendants' brief.

3. Defendants respectfully request leave of Court to file an amended brief to correct this error.

4. This enlargement will not unreasonably delay this matter.

5. Counsel for plaintiff concurs in this motion.

WHEREFORE, this Court should grant defendants leave to file an amended brief in support of their motion to dismiss.

                                        **Respectfully submitted,**

                                        **D. MICHAEL FISHER**
                                        Attorney General

By: *Lisa W. Basial*
                                        LISA W. BASIAL
                                        Deputy Attorney General
                                        I.D. #71554

                                        **SUSAN J. FORNEY**
                                        **Chief Deputy Attorney General**
                                        **Chief, Litigation Section**

                                        **COUNSEL FOR DEFENDANTS**

**Office of Attorney General**
**15th Fl., Strawberry Square**
**Litigation Section**
**Harrisburg, PA 17120**
**(717) 787-7157**

**Dated: August 28, 2001**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS, : | |
|     Plaintiff  : | |
| : | No. 1:CV-01-0270 |
| v.  : | (Judge Kane) |
| : | |
| PENNSYLVANIA BOARD OF : | |
| PROBATION AND PAROLE, : | |
| et al., : | |
|     Defendants : | |

### CERTIFICATE OF CONCURRENCE

LISA W. BASIAL, Deputy Attorney General, counsel for defendants, hereby certifies that plaintiff's counsel, Joseph Bouvier, Esq., concurs in this motion.

*Lisa W. Basial*
**LISA W. BASIAL**
**Deputy Attorney General**
**I.D. No. 71554**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DIANNA LYNN HARRIS,
:
      Plaintiff   :
:   No. 1:CV-01-0270
v.   :   (Judge Kane)
:
PENNSYLVANIA BOARD OF   :
PROBATION AND PAROLE,   :
et al.,   :
      Defendants :

### CERTIFICATE OF SERVICE

I, **LISA W. BASIAL**, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on **August 28, 2001**, I served a true and correct copy of the foregoing **Motion for Leave to File an Amended Brief** by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

    Eugene Mattioni, Esquire
    Joseph Bouvier, Esquire
    Mattioni, LTD.
    399 Market Street, 2nd Floor
    Philadelphia, PA 19106

*Lisa W. Basial*
**LISA W. BASIAL**
**Deputy Attorney General**