# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DIANNA LYNN HARRIS,
    Plaintiff

    v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,
et al.,
    Defendants

No. 1:CV-01-0270
(Judge Kane)

FILED
HARRISBURG, PA
AUG 31 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

AND NOW, this 30th day of August, 2001, upon consideration of the Motion for Leave to File an Amended Brief, it is hereby ORDERED that the motion is granted. Defendants may file an amended brief in support of their motion to dismiss the complaint within ten (10) days from the date of this Order.

_____
YVETTE KANE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 31, 2001

Re: 1:01-cv-00270   Harris v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

Eugene Mattioni, Esq.
Mattioni, Ltd.
399 Market St.
2nd Floor
Philadelphia, PA  19106

Joseph Bouvier, Esq.
Mattioni, LTD.
399 Market Street
Second Floor
Philadelphia, PA  19106

Josh J.T. Byrne, Esq.
Mattioni, LTD.
399 Market Street
Second Floor
Philadelphia, PA  19106

Lisa W. Basial, Esq.
Office of the Attorney General of Pennsylvania
15th Floor, Strawberry Sq.
Harrisburg, PA  17120   Fax No.: FAX: (717) 772-4526

cc:
Judge                     (✓)          ( ) Pro Se Law Clerk
Magistrate Judge          ( )          ( ) INS
U.S. Marshal              ( )          ( ) Jury Clerk
Probation                 ( )
U.S. Attorney             ( )
Atty. for Deft.           ( )
Defendant                 ( )
Warden                    ( )
Bureau of Prisons         ( )
Ct Reporter               ( )
Ctroom Deputy             ( )
Orig-Security             ( )

8/31/01