IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANNA LYNN HARRIS** | : CIVIL ACTION NO. 1:CV-01-270 |
| Plaintiff | : |
| v. | : (Judge Kane) |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al.** | : |
| Defendant | : |

FILED
HARRISBURG, PA
SEP 1 8 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>O R D E R</u>

**IT IS HEREBY ORDERED THAT:**

1. A scheduling conference will be conducted by the court on **October 30, 2001**, at **10:30 a.m.** in the chambers of Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. **Counsel should be prepared to address any pending motions at the conference.**

2. This conference before this judge will be canceled if the parties elect to proceed before a United States Magistrate Judge. The Magistrate Judge will reschedule the conference upon notification of the case assignment.

3. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as effectively as possible. Participation in this conference by counsel or by <u>pro se</u> litigants is <u>mandatory</u>.

4. **Lead Counsel of record must participate in the conference without substitution unless permission for substitution is sought and granted prior to the conference. Requests shall be made at least two business days in advance of the date of the conference. The telephone number to call is (717) 221-3990.**

5. Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania. Local Rule 16.3 requires lead counsel for each party to meet prior to the case management conference and complete a "Joint Case

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 18, 2001

Re: 1:01-cv-00270   Harris v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

Eugene Mattioni, Esq.
Mattioni, Ltd.
399 Market St.
2nd Floor
Philadelphia, PA  19106

Joseph Bouvier, Esq.
Mattioni, LTD.
399 Market Street
Second Floor
Philadelphia, PA  19106

Josh J.T. Byrne, Esq.
Mattioni, LTD.
399 Market Street
Second Floor
Philadelphia, PA  19106

Lisa W. Basial, Esq.
Office of the Attorney General of Pennsylvania
15th Floor, Strawberry Sq.
Harrisburg, PA  17120   Fax No.: FAX: (717) 772-4526

cc:
Judge                    (✓)         ( ) Pro Se Law Clerk
Magistrate Judge         ( )         ( ) INS
U.S. Marshal             ( )         ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )

9-18-01