

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS | : |
| Plaintiff | : CIVIL ACTION NO. CV-01-0270 |
| v. | : (Judge Kane) |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., | : |
| Defendants | : |

FILED
HARRISBURG
SEP 20 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Dianna Lynn Harris, by and through her attorneys, Mattioni, Ltd., hereby submits this response to Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). In support hereof, plaintiff incorporates by reference and relies upon the statement of facts and legal argument contained in the attached Memorandum of Law.

WHEREFORE, Plaintiff, Dianna Lynn Harris, respectfully requests that Defendants' motion to dismiss be denied.

MATTIONI, LTD.

Dated: 9/19/01

BY: _____
EUGENE MATTIONI, ESQUIRE
JOSEPH BOUVIER, ESQUIRE
JOSH J.T. BYRNE, ESQUIRE
399 Market St., 2nd Floor
Philadelphia, PA 19106
(215) 629-1600
Attorneys for Plaintiff

U:\DOCS\jfb\Harris, D\resp-mot-dismiss.wpd