**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS, | : |
| Plaintiff | : |
| | : No. 1:CV-01-0270 |
| v. | : (Judge Kane) |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| et al., | : |
| Defendants | : |

FILED
HARRISBURG
OCT 0 4 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendants, the Pennsylvania Board of Probation and Parole ("PBPP"), William Ward, Mike Neumyer, Gary Scicchitano, Ladelle Ingram, Robert Yerger, David Payton and Linwood Fielder, hereby move for an enlargement of time in which to file a reply brief in support of the motion to dismiss the complaint. In support of this motion, defendants state the following:

1. Defendants' brief in support of the motion to dismiss is due October 9, 2001.

2. Counsel for defendants was unexpectedly required to assist in a federal jury trial handled by one of her co-workers last week.

3. Additionally, counsel for defendants has a federal jury trial scheduled to begin before Magistrate Judge Mannion on October 15, 2001.

4. As a result, counsel for defendants will be unable to complete the reply

brief in support of the motion to dismiss the complaint by October 9, 2001.

5. Defendants respectfully request an enlargement of time until October 26, 2001, to file a reply brief in support of the motion to dismiss the complaint.

6. Counsel for plaintiff concurs in this motion.

7. This enlargement will not unreasonably delay this matter and the motion to dismiss will still be fully briefed before the case management conference scheduled for October 30, 2001.

WHEREFORE, this Court should grant defendants leave to file a reply brief in support of the motion to dismiss the complaint on or before October 26, 2001.

                Respectfully submitted,

                D. MICHAEL FISHER
                Attorney General

By: *Lisa W. Basial*
     LISA W. BASIAL
     Deputy Attorney General
     I.D.#71554

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Counsel for Defendants

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717)787-7157

Date: October 4, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS,  :<br>　　　　　Plaintiff　: | |
| : | No. 1:CV-01-0270 |
| v.　　　　　　: | (Judge Kane) |
| : | |
| PENNSYLVANIA BOARD OF　: | |
| PROBATION AND PAROLE,　: | |
| et al.,　　　　　　: | |
| 　　　　Defendants : | |

### CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

LISA W. BASIAL, Deputy Attorney General, counsel for defendants, hereby certifies that she was unable to reach plaintiff's counsel, Joseph Bouvier, Esq., regarding his concurrence in this motion.

　　　　　　　　　　　　　　_Lisa W. Basial_
　　　　　　　　　　　　　　**LISA W. BASIAL**
　　　　　　　　　　　　　　**Deputy Attorney General**
　　　　　　　　　　　　　　**I.D. No. 71554**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS,<br>           Plaintiff<br><br>v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE,<br>et al.,<br>           Defendants | No. 1:CV-01-0270<br>(Judge Kane) |

## CERTIFICATE OF SERVICE

I, **LISA W. BASIAL**, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on **October 4, 2001**, I served a true and correct copy of the foregoing **Motion For Enlargement of Time** by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

> Eugene Mattioni, Esquire
> Joseph Bouvier, Esquire
> Mattioni, LTD.
> 399 Market Street, 2nd Floor
> Philadelphia, PA 19106

*Lisa W. Basial*
**LISA W. BASIAL**
**Deputy Attorney General**