# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS,<br>　　　　Plaintiff | :<br>:<br>: No. 1:CV-01-0270 |
| v. | : (Judge Kane)<br>: |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE,<br>et al.,<br>　　　　Defendants | :<br>:<br>:<br>:<br>: |

FILED
HARRISBURG, PA

OCT 0 9 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

AND NOW, this _9th_ day of _Oct_, 2001, upon consideration of the Motion for Enlargement of Time, it is hereby ORDERED that the motion is granted. Defendants may file a reply brief in support of the motion to dismiss the complaint on or before October 26, 2001.

_____
YVETTE KANE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 9, 2001

Re: 1:01-cv-00270    Harris v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

```
Eugene Mattioni, Esq.
Mattioni, Ltd.
399 Market St.
2nd Floor
Philadelphia, PA  19106

Joseph Bouvier, Esq.
Mattioni, LTD.
399 Market Street
Second Floor
Philadelphia, PA  19106

Josh J.T. Byrne, Esq.
Mattioni, LTD.
399 Market Street
Second Floor
Philadelphia, PA  19106

Lisa W. Basial, Esq.
Office of the Attorney General of Pennsylvania
15th Floor, Strawberry Sq.
Harrisburg, PA  17120    Fax No.: FAX: (717) 772-4526
```

```
cc:
Judge                    ( )            ( ) Pro Se Law Clerk
Magistrate Judge         ( )            ( ) INS
U.S. Marshal             ( )            ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )
```

```
Federal Public Defender  ( )
Summons Issued           ( )   with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5      ( )
Order to Show Cause      ( )   with Petition attached & mailed certified mail
                                  to:  US Atty Gen    ( )   PA Atty Gen ( )
                                       DA of County   ( )   Respondents ( )
Bankruptcy Court         ( )
Other _____( )
```

MARY E. D'ANDREA, Clerk

DATE: _10-9-01_   BY: _____
                      Deputy Clerk