

cc: ctgr

10-31-01

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE:       **HARRIS V. PA BOARD OF PROBATION   1:CV-01-270**

DATE:   October 30, 2001 @ 10:30 a.m.

Honorable Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: CASE MANAGEMENT CONFERENCE – (IN CHAMBERS)

Time Commenced: 10:30        Time Terminated: 10:50

**PLAINTIFF: APPEARANCES**          **DEFENDANT: APPEARANCES**

Joseph Bouvier                       Lisa W. Basial, DAG

## REMARKS

J/T August 2002

FILED
HARRISBURG, PA
OCT 31 2001
MARY E. D'ANDREA, CLERK
Per _____