IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS<br>    Plaintiff | CIVIL ACTION NO. 1:CV-01-270 |
| v. | (Judge Kane) |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, et al.<br>    Defendant | |

ORDER

FILED
MAR 1 9 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK

AND NOW, this 19th day of March, 2002, IT IS HEREBY ORDERED THAT a telephone conference is scheduled for April 11, 2002, at 10:30 a.m. to discuss Plaintiff's Motion for Leave to Withdraw as Counsel for Plaintiff and to Extend the Discovery Deadline. Plaintiff's counsel shall initiate this conference call.

**IT IS FURTHER ORDERED THAT** the Plaintiff, Dianna Lynn Harris, shall also participate in this telephone conference.

_____
Yvette Kane
United States District Judge