IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS,<br>    Plaintiff, | : <br> : <br> : <br> : |
| v. | :   CIVIL ACTION NO. 1:CV-01-270 <br> :   (Judge Kane) |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, et al.,<br>    Defendants. | : <br> : <br> : <br> : |

**FILED
HARRISBURG
APR 1 6 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

**ORDER**

AND NOW, this 16th day of April, 2002, pursuant to the telephone conference held on April 11, 2002, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff, through current counsel, is directed to respond, within twenty (20) days of this Order, to Defendants' discovery request and file a notice with the Court that she has responded to discovery. Thereafter, the case shall be stayed until May 29, 2002.

2. Plaintiff is directed to seek new counsel pending resolution of her counsel's motion to withdraw. New counsel shall file an appearance as soon as possible.

3. A telephone conference will be held on May 29, 2002, at 2:00 p.m. In addition to counsel for the Defendants, Plaintiff's new counsel shall appear for the telephone conference. If she is not represented by counsel, Plaintiff herself shall participate in the telephone conference and report the results of her attempts to obtain counsel. During the telephone conference, the Court will schedule deadlines for further discovery and set a new date for trial on this matter.

                                                              _____
                                                              Yvette Kane
                                                              United States District Judge