ORIGINAL

(34)
5-14-0
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DIANNA LYNN HARRIS          :
                            :
        Plaintiff           :   CIVIL ACTION NO. CV-01-0270
    v.                      :   (Judge Kane)
                            :
PENNSYLVANIA BOARD OF       :
PROBATION AND PAROLE, et al.,:
                            :
        Defendants          :
                            :

FILED
HARRISBURG, PA

MAY 1 3 2002

MARY E. D'ANDREA, CLERK
Per_____
       Deputy Clerk

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH DISCOVERY**

Plaintiff Dianna Lynn Harris, by and through her attorneys, Mattioni, Ltd., hereby provides notice to the Court that, in accordance with the Court's April 16, 2002 Order, plaintiff has responded to defendants' discovery requests. Plaintiff's Response to Defendants' Request for Production of Documents and Plaintiff's Answers to Defendants' Interrogatories were sent to defense counsel via first-class mail on April 30, 2002.

MATTIONI, LTD.

Dated: 5/9/02            BY: _____
                              EUGENE MATTIONI, ESQUIRE
                              JOSEPH F. BOUVIER, ESQUIRE

U:\DOCS\jfb\Harris, D\notice-compliance.wpd

## CERTIFICATE OF SERVICE

I, JOSEPH F. BOUVIER, ESQUIRE, hereby certify that a true and correct copy of the within Plaintiff's Notice of Compliance with Discovery was mailed via first class mail, postage prepaid on May 9, 2002 to the following:

Lisa W. Basial, Deputy Attorney General
Office of the Attorney General of PA
15th Floor, Strawberry Square
Harrisburg, PA 17120

Dianna Lynn Harris
2329 Penn Street
Harrisburg, PA 17110

_____
JOSEPH F. BOUVIER

U:\DOCS\jfb\Harris, D\notice-compliance.wpd