IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS,<br>    Plaintiff, | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 1:CV-01-270<br>: (Judge Kane) |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, et al.,<br>    Defendants. | :<br>:<br>:<br>: |

### ORDER

Now pending before the Court is a motion by Eugene Mattioni, Joseph Bouvier and Josh J.T. Byrne, counsel for Plaintiff Dianna Lynn Harris, to withdraw as counsel. By Order of April 16, 2002, a telephone conference was scheduled for May 29, 2002 at 2:00 p.m. Plaintiff was directed to seek new counsel, who should file an appearance and participate in the telephone conference. That Order also provided that, if she was not represented by counsel, Plaintiff herself was to participate in the telephone conference. Plaintiff was also informed that, during the May 29, 2002 telephone conference, the Court would schedule deadlines for further discovery and set a new date for trial on this matter. However, Plaintiff did not participate in the May 29, 2002 telephone conference. Attempts to reach her by this Court at the phone number of record reached an answering machine. The telephone conference was conducted with counsel for the defense and Plaintiff's counsel of record who seeks to withdraw.

AND NOW, this 7th day of June, 2002, pursuant to the telephone conference held on May 29, 2002, **IT IS HEREBY ORDERED THAT**:

    1.    The motion by Eugene Mattioni, Joseph Bouvier and Josh J.T. Byrne to withdraw as counsel for Plaintiff (Doc. No. 29) is **GRANTED**.

2. Plaintiff shall, by June 19, 2002, notify the Court whether she will be represented by counsel or by herself in this matter. If she will be represented by counsel, such counsel shall enter an appearance by June 19, 2002. If Plaintiff intends to represent herself, she must notify the Court of that fact by June 19, 2002. If Plaintiff fails to notify the Court one way or the other, she will be subject to sanctions, including dismissal of this action.

3. In the event that Plaintiff intends to represent herself, she is hereby notified that she must comply with all deadlines imposed by this Court, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of Court (see http://www.pamd.uscourts.gov/docs/rules2001.pdf for the Local Rules of Court). Failure to so comply may result in sanctions, including dismissal of this action.

Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 7, 2002

Re:   1:01-cv-00270   Harris v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

    Eugene Mattioni, Esq.
    Mattioni, Ltd.
    399 Market St.
    2nd Floor
    Philadelphia, PA   19106 Fax No.: 12159232227

    Joseph Bouvier, Esq.
    Mattioni, LTD.
    399 Market Street
    Second Floor
    Philadelphia, PA   19106 Fax No.: 12159232227

    Josh J.T. Byrne, Esq.
    Mattioni, LTD.
    jbyrne
    399 Market Street
    Second Floor
    Philadelphia, PA   19106 Fax No.: 12159232227

    Lisa W. Basial, Esq.
    Office of the Attorney General of Pennsylvania
    15th Floor, Strawberry Sq.
    Harrisburg, PA   17120

```
cc:
Judge                              ( )          ( ) Pro Se Law Clerk
Magistrate Judge                   ( )          ( ) INS
U.S. Marshal                       ( )          ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen   ( )   PA Atty Gen   ( )
                                           DA of County  ( )   Respondents   ( )
Bankruptcy Court                   ( )
Other _____             ( )
                                                MARY E. D'ANDREA, Clerk

DATE:  6/7/02                             BY:   [signature]
                                                Deputy Clerk
```