IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DIANNA LYNN HARRIS,
Plaintiff,

v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE, et al.,
Defendants.

CIVIL ACTION NO. 1:CV-01-270
(Judge Kane)

## ORDER

Now pending before the Court is a motion to dismiss by the Defendants. Two cases bearing on the motion to dismiss have recently been issued by the United States Supreme Court: <u>Lapides v. Bd. of Regents of the Univ. Sys. Of Georgia</u>, 122 S. Ct. 1640, 535 U.S. ___, 70 USLW 4425 (May 13, 2002); <u>Edelman v. Lynchburg Coll.</u>, 122 S. Ct. 1145, 535 U.S. ___, 152 L.Ed.2d 188, 70 USLW 4198 (March 19, 2002). **AND NOW,** this 7th day of June 2002, pursuant to the telephone conference held on May 29, 2002, **IT IS HEREBY ORDERED THAT**:

1. Defendants shall file a brief addressing the above cases no later than June 28, 2002.

2. Plaintiff shall file her response no later than July 12, 2002.

3. Defendants shall file their reply, if any, no later than July 22, 2002.

Yvette Kane
United States District Judge