ORIGINAL

Dianna Lynn Harris
2329 Penn Street
Harrisburg, PA 17110

717-232-3969

June 19, 2002

Honorable Judge Yvette Kane
United States District Judge
United States District Court
Middle District of Pennsylvania
Harrisburg, PA

RE:

Civil Action No. 1:CV-01-270

Dianna Lynn Harris

   v.

Pennsylvania Board of Probation
and Parole, et al

FILED
HARRISBURG, PA
JUN 2 0 2002
MARY E. D'ANDREA, CLERK
Per _____

Dear Judge Kane:

I am respectfully requesting an extension of two weeks, to give me additional time to find an attorney to represent me in the above case.

The law firm that was representing me in this case was Mattioni Counselors at Law, Joseph Bouvier was the attorney I was working with on this case. He requested and was granted permission to withdraw as my legal representation.

I called attorney Don Bailey to get him to look at my case to see if he would be able to represent me. Before I could get him the facts of this case I was called out of town on a family emergency.

I returned Monday, June 17, 2002 and received a copy of the order.

I did not mean any disrespect at all in not attending this conference, to your or defendants in this case. I was called out of town to care for a seriously ill family member. I was on Family Medical Leave (FMLA) due to my father's illness and my presence was needed and beneficial to the recovery of my father.

I would greatly appreciate an extension to find an attorney. If Attorney Bailey does not take my case he has offered to help me find an attorney. I need additional time for him to look at my case.

Sincerely,

*Dianna Lynn Harris*
Dianna Lynn Harris

Cc: Clerk of Courts ✓
Mr. Bailey
Defendants Attroney