IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANNA LYNN HARRIS,<br>Plaintiff, | : <br> : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 1:CV-01-270 <br> :    (Judge Kane) |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, et al.,<br>Defendants. | : <br> : <br> : |

**FILED**
HARRISBURG

JUL 2 3 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**ORDER**

This action is scheduled for pretrial conference on July 24, 2002, and for trial on August 5, 2002. However, the parties have recently submitted supplemental briefs on a dispositive motion that remains pending. Therefore, the scheduled pretrial conference and trial are **CANCELLED** until disposition of the pending motion.

Yvette Kane
United States District Judge

Date: July 23, 2002