IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRIS v. PA BOARD | : | 1:CV-01-0270 |
| GIANOPULOS v. BEELER | : | 1:CV-01-1633 |
| USA v. BELL | : | 1:CV-01-2159 |

**FILED**
**HARRISBURG**

SEP 2 5 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

ORDER

The Clerk of Court is directed to reassign the above civil cases to the Honorable Christopher C. Conner, United States District Judge, Harrisburg, Pennsylvania.

_____
Yvette Kane, Judge
United States District Court

Dated: September 25, 2002