# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANNA LYNN HARRIS,** <br> Plaintiff | : NO. 1:01-CV-0270 <br> : <br> : |
| v. | : (Judge Conner) <br> : |
| **PENNSYLVANIA BOARD OF** <br> **PROBATION and PAROLE, et al.,** <br> Defendants | : <br> : <br> : |

## ORDER

AND NOW, this 30th day of April, 2003, upon review of the court's calendar, it is hereby ORDERED that the following pretrial/trial schedule shall apply to this case:

1. Pretrial memoranda shall be filed with the Clerk of Courts by **no later than 12:00 p.m. on Wednesday, February 11, 2004**.

2. All motions in limine shall be filed on or before **Wednesday, February 11, 2004**.

3. A final pretrial conference shall be held on **Wednesday, February 18, 2004, at 1:30 p.m.**, in Courtroom No. 2, 9th Floor, Federal Building, Harrisburg, Pennsylvania.

4. Proposed voir dire questions and proposed jury instructions shall be due on or before **Wednesday, February 18, 2004** and may be submitted at the pretrial conference.

5. Trial in this case will take place during the March 2004 trial term, with jury selection to commence at **9:30 a.m. on Monday, March 1, 2004**, in Courtroom No. 2, 9th Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

6. Prior to the commencement of trial, counsel shall submit three (3) complete exhibit lists (see attached form) and two (2) complete sets of exhibits for the court's use, in addition to the original which will be offered into evidence.

BY THE COURT:

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

# EXHIBIT LIST

JUDGE _____

CASE NUMBER _____

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | | | | | |