**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIANNA LYNN HARRIS,** | : | **CIVIL NO. CV-01-0270** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al.,** | : | |
| **Defendants** | : | |

## **O R D E R**

AND NOW, this 5th day of February, 2004, in light of the absence of docket activity since the Order of April 3, 2003, granting in part and denying in part defendants' motion to dismiss and granting plaintiff leave to amend certain aspects of her complaint, and it appearing that plaintiff has waived her opportunity to amend the complaint, defendants are hereby ORDERED to answer the complaint within ten (10) days.

The pretrial conference originally scheduled for February 18, 2004 at 1:30 p.m. and the trial originally scheduled to commence on March 1, 2004 are hereby CONTINUED. A status conference shall be held on February 18, 2004 at 1:30 p.m. in Courtroom No. 2, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. The parties are directed to meet and confer prior to the status conference and to provide the court with a revised pretrial

schedule at the status conference. Failure to cooperate in the preparation of a revised pretrial schedule or failure to attend the status conference may result in sanctions, including dismissal of this action.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge