

COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

15th Floor, Strawberry Square
Harrisburg, Pa 17120
(717) 787-7157
(717) 772-4526 (FAX)

Gerald J. Pappert
Attorney General

February 10, 2004

Ms. Dianna Harris
2329 Penn Street
Harrisburg, PA 17110

RE: <u>Harris v. Pa. Bd. of Probation and Parole, et al.</u>, No. CV-01-0270

Dear Ms. Harris:

I have left several messages for you regarding Judge Conner's February 5, 2004, Order directing that we meet before the February 18 status conference, but to date have gotten no response. Kindly contact me immediately so that we can set up a time to meet.

Thank you for your attention to this matter.

Very truly yours,

LISA W. BASIAL
Deputy Attorney General