# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DIANNA LYNN HARRIS**

|                              |     |                          |
|------------------------------|-----|--------------------------|
| **Plaintiff,**               | :   |                          |
|                              | :   | **No. CV-01-0270**       |
| **v.**                       | :   |                          |
|                              | :   | **(District Judge Conner)** |
| **PENNSYLVANIA BOARD OF**    | :   |                          |
| **PROBATION AND PAROLE,**    | :   | **(Electronically filed)** |
| **Defendants.**              | :   |                          |

## DECLARATION OF LISA W. BASIAL

I, Lisa W. Basial, hereby state under penalty of perjury and based on my personal knowledge that the following is true and correct:

1. I am a Deputy Attorney General with the Pennsylvania Office of Attorney General assigned to the Litigation Section. I have held this position since July 1997.

2. I received a J.D./M.B.A. from the University of Pittsburgh School of Law and Graduate School of business in January 1993.

3. I was admitted to the bar of the Supreme Court of Pennsylvania in February 1994.

4. I am also admitted to the bars of the United States District Courts for the Eastern and Western Districts of Pennsylvania, the Court of Appeals for the Third Circuit, and the United States Supreme Court.

5.      On average, I am responsible for thirty (30) federal civil cases at any given period in time, the majority of which are in federal court and which involve alleged violations of various federal statutes including Title VII.

6.      I believe that a reasonable hourly rate for an attorney with my level of experience in the Middle District is $150.

7.      I do not keep contemporaneous records of the time that I spend on my cases because the Office of Attorney General does not bill its clients.  In addition, because our office represents defendants in the overwhelming majority of our cases, we are not often in a position to petition for attorneys' fees.

8.      Using my calendar and notes, however, I have reconstructed the time I spent attempting to contact plaintiff and attending the status conference. Additionally, I have recorded the time it took me to prepare the motion for dismissal and supporting brief.

9.      The time I spent is as follows:

Two telephone calls and 2/10/94 letter 15 minutes
Attendance at status conference          15 minutes
Preparation of Rule 41 motion and brief  1.0 hour

TOTAL:                                    1.5 hours

10.    Multiplying 1.5 hours by an hourly rate of $150.00 results in a total fee amount of $225.00.


**DATE:  February 27, 2004**                    **/s/ Lisa W. Basial**
                                                 **LISA W. BASIAL**
                                                 **Deputy Attorney General**