**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**DIANNA LYNN HARRIS**
    **Plaintiff,**  :
            :  No. CV-01-0270
**v.**           :
            :  **(District Judge Conner)**
**PENNSYLVANIA BOARD OF** :
**PROBATION AND PAROLE,** :  **(Electronically filed)**
    **Defendants.**:

### ORDER

**AND NOW,** this _____ day of _____, 2004, upon consideration of the Motion for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(b) and LR 83.3.1(a), it is hereby ordered that the motion is granted. This action is dismissed with prejudice. The clerk is ordered to close the file.

                _____
                **CHRISTOPHER C. CONNER**
                **United States District Judge**